FILED

05/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0054

_____

SHANDOR S. BADARUDDIN,

      Plaintiff and Appellant,

    v.

STATE OF MONTANA and the NINETEENTH
JUDICIAL DISTRICT COURT, HONORABLE
MATTHEW CUFFE, Presiding,

      Defendants and Appellees.

_____

O R D E R

      Upon consideration of Appellant's motion for extension of time to file the opening brief, and good cause appearing,

      IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 27, 2022, within which to prepare, file, and serve the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 26 2022